UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        - v -

Case No. 2:17-cr-20331
HONORABLE TERRENCE G. BERG

ARSHAWN KENARD HALL,

    Defendant.
_____/

**ORDER ADJOURNING SURRENDER DATE**

Upon consideration of the parties' stipulation and being otherwise advised in the premises;

IT IS HEREBY ORDERED that the Defendant's surrender date is changed from January 17, 2019 to February 18, 2019.

        /s/Terrence G. Berg_____
        United States District Judge

Date: January 9, 2019