UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

D-1 Arshawn Kenard Hall,
    a/k/a Arshaun Kenard Hall,

        Defendant.
_____/

Criminal No. 17-cr-20331

Honorable Terrence G. Berg

**Second Amended Final Order of Forfeiture as to Certain Real Property Known as 28455 Shadylane Drive, Farmington Hills, Michigan**

Under Federal Rule of Criminal Procedure 36, the Amended and Final Order of Forfeiture as to Certain Real Property Known as 28455 Shadylane Drive, Farmington Hills, Michigan entered on June 12, 2019 (ECF No. 69), is hereby amended to remove the following language from the legal description: "also West ½ of vacated Shady Lane Drive adjacent." Based on this correction, the legal description for 28455 Shadylane Drive, Farmington Hills, Michigan shall now read:

> **Lot 56, Woodbine Subdivision, City of Farmington Hills, Oakland County, Michigan, as recorded in Liber 58, Page 2 of Plats, Oakland County Records.**
>
> **Commonly known as: 28455 Shadylane Dr., Farmington Hills, Michigan**
>
> **Michigan Tax Parcel No: 22-23-24-376-003**

The Amended and Final Order of Forfeiture as to Certain Real Property Known as 28455 Shadylane Drive, Farmington Hills, Michigan (ECF No. 69) is fully incorporated herein and shall not be amended in any other respect.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2019